# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DEMETRIUS GATLING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 5:10 - CV-0055 (CAR) |
| SHANE ROLAND, et al. | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Demetrius Gatling, with the consent of Defendants in the referenced litigation, and hereby stipulates that the above-styled action be dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(1), with the Parties to each bear their own costs.

Respectfully submitted, this 15th day of May, 2012.

/s/William J. Atkins
William J. Atkins
State Bar No. 027060
ATKINS & FIFE, LLC
6400 Powers Ferry Road, STE 335
Atlanta, Georgia 30339
Phone: 404-969-4130
Fax: 404-969-4140
Email: bill@atkinsfife.com

**ATTORNEY FOR PLAINTIFF**

/s/*Susan L. Rutherford*
Susan L. Rutherford
Senior Assistant Attorney General
Georgia Bar No. 621475
Email: *srutherford@law.ga.gov*
40 Capitol Square, N.W.
Atlanta, Georgia  30334
Telephone:  (404) 463-8850          **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney of record:

    Susan L. Rutherford

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    NONE

This 15th day of May, 2012.

                                          */s/William J. Atkins*
                                          William J. Atkins
                                          Georgia Bar No. 027060

**ATKINS & FIFE, LLC**
6400 Powers Ferry Road, Suite 355
Atlanta, Georgia 30339
(T) (404) 969-4130
(F) (404) 969-4140